■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO MURRAY, Appellant. [803 NYS2d 506]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). (Appeal from Judgment of Monroe County Court, Frank P. Geraci, Jr., J.—Attempted Mur-

der, 1st Degree). Present—Pigott, Jr., P.J., Green, Hurlbutt, Lawton and Hayes, JJ.